LOUISE M. SCHONFELD, Appellant, *v.* MCMULLEN, SNARE & TRIEST, INC., Respondent.

*Schonfeld v. McMullen, Snare & Triest*, 173 App. Div. 969, affirmed. (Submitted May 27, 1919; decided July 15, 1919.)

APPEAL from a judgment entered June 5, 1916, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, a contractor engaged in building a portion of the subway in Lexington avenue in the city of New York. In the course of the work a temporary sidewalk of planks was laid. Plaintiff while walking thereon slipped and fell. The Appellate Division held that there was no sufficient evidence of defendant's negligence.

*Raymond D. Fuller* for appellant.

*John R. Halsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MCLAUGHLIN, J. Absent: CRANE, J.